

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| RICHARD URBANOVSKY, INDIVIDUALLY AND AS TRUSTEE OF THE URBANOVSKY FAMILY TRUSTS, | § | No. 08-21-00182-CV |
| | § | Appeal from the |
| | § | County Court at Law |
| Appellant, | § | of Hill County, Texas |
| v. | § | (TC# CV727-19CCL) |
| FRANK URBANOVSKY, EDITH VICK, MARY L. SMITH AND THEODORE URBANOVSKY, | § | |
| | § | |
| Appellees. | § | |

**O R D E R**

The clerk's record was filed in this office on October 18, 2021, and upon further review of the record, it appears that the Order Granting Application to Remove Richard Urbanovsky as Trustee and Appointing Edith Vick as Successor Trustee does not contain the date it was signed.

Therefore, the Court ORDERS that the Honorable Matt S. Crain, Judge for County Court at Law of Hill County, Texas, enter a corrected order including the date the order was signed. The corrected order shall be filed with the District Clerk of Hill County, Texas, and the District Clerk shall prepare a supplemental clerk's record which will include the corrected order and file it with this Court on or before November 1, 2021.

IT IS SO ORDERED this 22nd day of October, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.